WEST END INVESTMENT COMPANY, PROSECUTOR, v. REINHART O. OSTERMAN, BUILDING INSPECTOR, ETC., ET AL., DEFENDANTS.

Submitted January term, 1927—Decided March 7, 1927.

### Zoning—Stores in Restricted Territory—Case Within Rule in Nutley Case.

On rule to show cause. On *mandamus*.

Before Justices PARKER, BLACK and CAMPBELL.

For the prosecutor, *Corn & Silverman.*

For the defendant, *Samuel D. Williams.*

PER CURIAM.

This is the usual rule allowed in a zoning case, why a writ of *mandamus* should not issue directed to the inspector of buildings in the township of Maplewood, directing him to issue a building permit to the relator to build on the premises located on the northerly side of Parker avenue, in that township, two buildings, each two stories in height; each of brick construction for the first story and stucco and hollow tile for the second story; each building to be used for three stores and two apartments on the second floor. The only reason advanced for a refusal to issue a permit is the ordinance of March 15th, 1921, which divides the township into two districts, one of which is a residential district, the premises involved being in that district in which the erection of buildings to be used as stores is prohibited. This is not a legal excuse under the many cases decided by our courts, such as *Ignaciunas* v. *Risley,* 98 *N. J. L.* 712; *affirmed,* 99 *Id.* 389. A peremptory writ of *mandamus* is directed to issue in this case. The relator is entited to costs.